ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 4:15-MJ-204 |
| LACIE REBEKAH WISENANT (01) | |

## CRIMINAL COMPLAINT

I, Kevin K. Brown, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Possession with Intent to Distribute a Controlled Substance

On or about April 29, 2015, in the Northern District of Texas, defendant **Lacie Rebekah Wisenant** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

I am a Task Force Officer with the Drug Enforcement Administration and this Complaint is based on the following facts:

1. On April 29, 2015, A Fort Worth Police Department Officer was working high visibility patrol in the 6700 block of Calmont Ave, Fort Worth, Texas. The officer observed a white Ford Expedition traveling west bound on Calmont Ave. The officer noticed that there was not a vehicle registration sticker on the windshield of the vehicle. As the officer pulled out off of 2800 Olive Place onto Calmont Ave behind the White Ford, the driver stopped abruptly, turned on the turn signal for a left turn and turned into the Shadowood Apts at 6701 Calmont Ave, not signaling 100 ft. prior to the turn. The Officer initiated a traffic stop on the vehicle.

Upon making contact, the officer immediately knew the driver to be Lacie Wisenant. The officer also recognized the front seat passenger of the vehicle and knew he had an outstanding parole violation warrant. The front seat passenger was placed into custody.

2. The officer asked Lacie Wisenant for consent to search the vehicle. She granted consent for the officer to search the vehicle. Upon a search of the vehicle the Officer found two plastic bags which contained a large quantity of a crystal like substance.

3. Lacie Wisenant was advised she was under arrest. At the time of her arrest, she stated that she wished to speak to a detective. Upon transport, Laci Wisenant spoke to a detective. As she was interviewed Wisenant confessed to the Detective that she had purchased a total of 18 ounces of Methamphetamines and given it to an individual to sell. She also confessed that she had a large sum of cash in her purse which was found during the consensual search ($13,400 dollars). She stated to the detective that she had obtained this money through the sale of the Methamphetamines, and the remaining methamphetamines is what she had left that hadn't been sold yet.

4.     A presumptive field test was conducted on a sample of the suspected methamphetamine. The results were positive for methamphetamine. The gross approximate weight of the methamphetamine including packaging was 310 grams.

*[signature]*
Kevin K. Brown, Affiant
DEA - Task Force Officer

Sworn to before me, and subscribed in my presence on April 30, 2015 at 3:00 pm a.m./(p.m.) in Fort Worth, Texas.

*[signature]*
ROBB CATALANO
Criminal District Court No. 3, Tarrant County, Texas

Criminal Complaint - Page 3